IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

    Plaintiff,

v.

**HAMILTON GROWERS, INC. d/b/a SOUTHERN VALLEY FRUIT AND VEGETABLE, INC.**,

    Defendant.

Civil Action No. 7:11-CV-134 (HL)

### ORDER

This case is before the Court on a Motion to Intervene (Doc. 13). The proposed plaintiffs/intervenors seek leave of court to intervene in the action as party plaintiffs pursuant to Federal Rule of Civil Procedure 24. There is no opposition to the Motion.

Upon review, the Court finds the requested intervention to be appropriate. Accordingly, the Motion to Intervene is granted.

The Clerk of Court is directed to add Zandrea Wade, Kathern Bentley, Johnny Blackwell, Latoya Blackwell, Michael Blakely, Vaneka Butler, Michael Collins, Kimble Daniels, Jerry Davis, Earl Davis, Fiona Dawson, Nicolas Edwards, Michael Edwards, Rachel Flemming, Rickey Forrest, Terrick Grant, Willie Harmon, Michael Harris, Michael Hawkins, Jaris Henry, Janelle Jenkins, Richard Jones, Stephanie King, Joanna Lee, Johnny Moore, Sammie Lee Myricks, Jimmy Pasely, Courtney Ranger, Ashley Richardson, Randy Robinson, Gary Sims, Connie Slater, Javarus Stewart, Shagarie Thomas, Quincy Thorton, Alicia Ware, Kareem Washington, Willie White,

and Deborah Williams as Plaintiffs in this matter. The Clerk is also directed to file the Complaint in Intervention, which is attached to the Motion to Intervene.

The parties' Rules 16/26 Report is due on March 6, 2012.

**SO ORDERED** this 29th day of February, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh