IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br>and<br>**ZANDREA WADE, et al.,**<br><br>          Plaintiff/Intervenors,<br>v.<br>**HAMILTON GROWERS, INC., et al.,**<br><br>          Defendants. | Civil Action No. 7:11-CV-134 (HL) |

### ORDER

The Court and counsel conferred by telephone on May 24, 2012 concerning the production of certain payroll data and data track system materials by Defendants prior to the mediation scheduled for June 14, 2012. At the conclusion of the conference, the parties agreed to proceed to mediation without Defendants having provided the information sought by Plaintiffs, with the understanding that if the mediation is unsuccessful, Plaintiffs may proceed with discovery. Plaintiffs may file a motion to compel discovery of the subject materials either prior to or after the mediation, as long as it is filed during the Stage I discovery period, but if filed prior to the mediation, the Court will not make an expedited ruling.

**SO ORDERED** this 24th day of May, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh