# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**,

    Plaintiff,

and

**ZANDREA WADE, et al.,**

    Plaintiff/Intervenors,

v.

**HAMILTON GROWERS, INC., et al.,**

    Defendants.

Civil Action No. 7:11-CV-134 (HL)

## ORDER

This case is before the Court on Plaintiff-Intervenors' Motion to Compel Subpoena Response from Third Party AgGeorgia Farm Credit (Doc. 44).

On May 10, 2012, Plaintiff-Intervenors served non-party AgGeorgia Farm Credit with a subpoena to produce certain documents. Specifically, the Plaintiff-Intervenors requested:

> All documents composing or related to loan agreements between AgGeorgia Farm Credit and Hamilton Growers, Inc., Southern Valley Fruit and Vegetable, Inc., Kent Hamilton, or Wanda Hamilton made, drawn upon, or paid during the time period between and including the years 2008 through the present. This includes but is not limited to yearly operating loan agreements made to and loan applications made from Hamilton Growers, Inc., Southern Valley Fruit and Vegetable, Inc., Kent Hamilton, or Wanda Hamilton.

(Doc. 44-1, p. 3).

AgGeorgia did not fully respond to the subpoena. When Plaintiff-Intervenors inquired about the missing documents, AgGeorgia informed them that it is prohibited by law from disclosing all of the requested documents without a court order. AgGeorgia referred Plaintiff-Intervenors to 12 C.F.R. § 618.8330(b), which states: "If the Government or your bank or association is not a party to litigation, you or your directors, officers, or employees may produce confidential documents or testimony only if a court of competent jurisdiction issues a lawful order signed by a judge." Plaintiff-Intervenors then filed this Motion to Compel. AgGeorgia has not filed a response, and according to the motion, has informed Plaintiff-Intervenors that it will not oppose the motion. Defendants have not responded to or otherwise opposed the motion.

Upon review, the Court concludes that AgGeorgia may lawfully produce the documents requested by the subpoena. AgGeorgia is ordered to produce the requested documents no later than September 26, 2012.

**SO ORDERED** this 12th day of September, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh