IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br>        Plaintiff, <br><br>and <br><br>**ZANDREA WADE, et al.,** <br><br>        Plaintiff/Intervenors, <br><br>v. <br><br>**HAMILTON GROWERS, INC., et al.,** <br><br>        Defendants. | Civil Action No. 7:11-CV-134 (HL) |

### ORDER

This order memorializes the Court's rulings made in the telephone conference held on November 19, 2012.

The parties' final consent order resolving this case is to be submitted to the Court for its review and approval no later than November 30, 2012. In the event the parties are unable to reach a final settlement, they are to contact the Court immediately.

The hearing currently scheduled for November 27, 2012 is cancelled. Counsel for the Plaintiff/Intervenors is to contact Margarita Cardenas and inform her that she does not need to appear on the 27th.

**SO ORDERED** this 20th day of November, 2012.

                                          *s/ Hugh Lawson*
                                          **HUGH LAWSON, SENIOR JUDGE**

mbh